Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNEY WEDBETTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant. | Case No.  09-CV-01136-JAM-KJM<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly request that

///

///

///

///

Notice of Settlement

1

all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 21, 2009, for filing dispositional documents.

Dated: 08/21/09                     KROHN & MOSS, LTD.

                                    /s/G. Thomas Martin
                                    G. Thomas Martin
                                    Attorney for Plaintiff
                                    Penney Wedbetter

Dated: 08/21/09                     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                    /s/ Albert R. Limberg
                                    Albert R. Limberg
                                    Attorney for Defendant
                                    NCO Financial Systems, Inc.