Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNEY WEDBETTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.  09-CV-01136-JAM-KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

　　　　Plaintiff, PENNEY WEDBETTER, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on April 24, 2009.  NCO filed its responsive pleading on May 29, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 10/1/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 10/1/09          KROHN & MOSS, LTD.

/s/ G. Thomas Martin
G. Thomas Martin,
Attorney for Plaintiff,
Penney Wedbetter

IT IS SO ORDERED.

Dated: October 1, 2009          /s/ John A. Mendez_____
                                Hon. John A. Mendez
                                United States District Judge

Stipulation to Dismiss With Prejudice

PDF created with pdfFactory trial version www.pdffactory.com